## H. B. HINES v. STATE.
### No. 16065.

Court of Criminal Appeals of Texas.
May 24, 1933.

Appeal from County Court at Law, Wichita County; Irvin J. Vogel, Judge.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.
Conviction for drunkenness in a public place; punishment, a fine of $75.

We find in the record neither a statement of facts nor bill of exception. The indictment, etc., appears to be regular.

The judgment will be affirmed.

## Ruth KANE v. STATE.
### No. 15825.

Court of Criminal Appeals of Texas.
May 10, 1933.

Fred T. Arnold, of Graham, C. C. McDonald, of Wichita Falls, L. G. Mathews, of Floydada, and G. E. Hamilton, of Matador, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.
The offense is murder; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified, the appeal is dismissed.

## Baxter LEE v. STATE.
### No. 15998.

Court of Criminal Appeals of Texas.
May 10, 1933.

Oliver W. Johnson, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.
Conviction in the county court of Bexar county for resisting an officer; punishment, a fine of $25.

The record is here without statement of facts or bills of exception. The complaint and information appear to be regular, and the judgment is in conformity therewith.

No error appearing, the judgment will be affirmed.

## Jack McDANIELS v. STATE.
### No. 15997.

Court of Criminal Appeals of Texas.
May 10, 1933.

M. L. Bennett, of Normangee, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.
Conviction in the county court of Madison county for simple assault; punishment, a fine of $5.

The complaint and information are regular and followed by the judgment. We find no statement of facts or bills of exception in the record.

The judgment will be affirmed.